IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IQBAL AKHTER, M.D.<br>   Plaintiff<br><br>v<br><br>PETER ROGAN, BRADDOCK<br>  MANAGEMENT, L.P. f/k/a Braddock<br>  Management L.P. (of Illinois), and<br>BAINBRIDGE MANAGEMENT, Inc.,<br>f.k.a Braddock Management, Inc.,<br>f.k.a Waldo Point Management,<br>   Defendants | JUDGE HOLDERMAN<br><br>MAGISTRATE JUDGE DENLOW<br><br>03C 7395 |

COMPLAINT

NOW COMES Plaintiff IQBAL AKHTER and complains of Defendants PETER ROGAN, BRADDOCK MANAGEMENT, L.P. f/k/a Braddock Management L.P. (of Illinois), and BAINBRIDGE MANAGEMENT, Inc., f/k/a Braddock Management, Inc., f/k/a Waldo Point Management.

COUNT I

ACTION FOR WRONGFUL INTERFERENCE WITH PROSPECTIVE BUSINESS RELATIONSHIP

1. IQBAL I. AHKTER, M.D., the Plaintiff, resides in Cook County, Illinois and formerly was a doctor on the staff at the Edgewater Hospital and Medical Center (the "Edgewater Hospital") located at 5700 North Ashland Avenue located in Chicago, Illinois 60660. For purposes of diversity jurisdiction, Akhter is a resident of Illinois.

2. Defendant Peter Rogan resides at 476 Wexford Road, Valparaiso, Indiana, 46385. For

1

purposes of diversity jurisdiction, Rogan is a resident of Indiana. From approximately 1995 through October 22, 1998, Peter Rogan was president of Waldo Point Management, the general partner of Braddock Management L.P, which operated Edgewater Hospital and Medical Center, located at 5700 North Ashland Avenue, Chicago, Il 60660. From October 22, 1998 to the present, Peter Rogan was president, secretary and director of Bainbridge Management, Inc., f/k/as/ Braddock Management, Inc., and f/k/a Waldo Point Management, the general partner of Braddock Management L.P., which operated Edgewater Hospital and Medical Center, located at 5700 North Ashland Avenue, Chicago, Il 60660. From October 22, 1998 to the present, Peter Rogan has been trustee for the Peter Rogan Revocable Trust, which is the sole shareholder of Bainbridge Management, Inc., f/k/a Braddock Management L.P., which operated Edgewater Hospital and Medical Center located at 5700 North Ashland Avenue, Chicago, Il 60660. All of these entities are located within and/or have done business within Cook County, Illinois.

3. Defendant Braddock Management L.P. was a California limited partnership, which was operated by its general partner, Bainbridge Management, Inc., f/k/a Braddock Management, Inc., and f/k/a Waldo Point Management. From approximately 1995 through March 2000, defendant Braddock Management L.P. had management contracts with Edgewater. These contracts provided that defendant Braddock Management L.P. would act as the exclusive manager of the day-to day operations of Edgewater, and that defendant Braddock Management L.P would supervise and manage all billings, collections, cost reporting, and other financial matters related to the day-to day operations of the hospital. Beginning in April 1995, Braddock Management L.P.'s limited partner, was Boulevard Management, Ltd. Braddock Management L.P. with its general partner Bainbridge Management, Inc. f/k/a/ Waldo Point Management and its limited partner

Boulevard Investors, Ltd., will be referred to hereinafter as Braddock Management L.P. All of these entities are located within and have done business in Cook County Illinois.

4. Defendant Bainbridge Management L.P., f/k/a Braddock Management L.P., was an Illinois limited partnership operated by its general partner, Bainbridge Management, Inc., f/k/a Braddock Management, Inc. and f/k/a Waldo Point Management. Defendant Bainbridge Management L.P. bought out defendant Braddock Management L.P.'s contract with Edgewater effective March 2000, which provided that defendant Bainbridge Management L.P. would act as the exclusive manager of the day-to day operations of Edgewater, and that defendant Bainbridge Management L.P. would supervise and manage all billings, collections, cost reporting, and other financial matters related to the day-to day operations of the hospital. Bainbridge Management L.P.'s limited partner was Boulevard Investors Limited. Bainbridge Management, Inc.. f/k/a/Waldo Point Management and its limited partner Boulevard Investors, Ltd., will be referred to hereinafter as Bainbridge Management L.P. All of these entities are located within and/or have done business in Cook County, Illinois.

5. Defendant Bainbridge Management, Inc., f/k/a/ Braddock Management, Inc., and f/k/a Waldo Point Management was the general partner of Braddock Management L.P. and Bainbridge Management L.P., during all times that these respective limited partnerships maintained contracts with Edgewater Hospital. All of these entities are located within and/or have done business in Cook County, Illinois.

6. Edgewater Hospital and Medical Center was a not-for-profit organization engaged in the business of providing health care services in Cook County, Illinois.

7. There is complete diversity between the parties to this matter and the amount in

controversy exceeds $75,000, exclusive of interests and costs.

8. This Court has original jurisdiction in this matter pursuant to 28 U.S.C. Section 1332.

9. Venue is proper in the Northern District of Illinois for this action.

10. From December of 1973 until December 2001, Plaintiff Akhter was on the staff at the Edgewater Hospital and Medical Center located at 5700 North Ashland Avenue, Chicago, Il 60660. During this time, the plaintiff actively practiced medicine on a substantial basis at the Edgewater Hospital as a member of its medical staff and earned substantial compensation and remuneration for such medical services

11. Akhter expected to earn substantial compensation in the future as a member of the medical staff at the Edgewater Hospital for medical services rendered on behalf of patients at the Edgewater Hospital.

12. Defendants PETER ROGAN, BRADDOCK MANAGEMENT, L.P. f/k/a Braddock Management L.P. (of Illinois), BAINBRIDGE MANAGEMENT, Inc., f/k/a Braddock Management, Inc., f/k/a Waldo Point Management knew of Akhter's business relationship with the Edgewater Hospital and Medical Center.

13. Defendants PETER ROGAN, BRADDOCK MANAGEMENT, L.P. f/k/a Braddock Management L.P. (of Illinois), and BAINBRIDGE MANAGEMENT, Inc., f/k/a Braddock Management, Inc., f/k/a Waldo Point Management intentionally, willfully and wantonly took one of more of the following actions::

    a. Hospitalized certain patients, and caused others to hospitalize certain patients at the Edgewater Hospital and Medical Center, knowing that those patient did not need to be treated in a hospital and did not meet medical criteria for hospitalization;

4

b. Caused others to perform medically unnecessary procedures and testing on certain patients at the Edgewater Hospital and Medical Center, including but not limited to heart catherizations, angioplasties, other angio-graphic and cardiac related tests and procedures, ultrasounds, CAT scans, blood tests, and x-rays.

c. Caused others to give kickbacks, bribes, money and other remuneration and incentives (hereinafter referred to as "kickbacks") to certain doctors, patient recruiters, and other individuals at the Edgewater Hospital and Medical Center, in exchange for patient referrals.

d. Disguised the payment of kickbacks as legitimate payments for services at the Edgewater Hospital and Medical Center, knowing that disclosure of the kickbacks to insurers and others would result in claim denials and investigations.

e. Generated Edgewater Hospital and Medical Center admissions, and caused others to generate Edgewater Hospital admissions by giving patients cash or other benefits, by coaching patients to lie about their physical condition, by promising that hospital services would cost the patients nothing, and by falsely representing to certain patients that they needed to be hospitalized, knowing that those patients did not need hospitalization.

f. Created, and caused others to create, false records at the Edgewater Hospital and Medical Center to justify and support claims submitted to insurers, including false medical records and false business records.

g. Concealed and caused other to conceal the fact that those kickbacks were intended to, and did influence the decisions of certain doctors at the Edgewater Hospital and Medical Center, thereby depriving those patients of their doctors' honest services.

h. Submitted and caused others to submit, false and fraudulent claims for payment to

Medicare, Medicaid and certain private health care insurers, which included claims relating to (i) medically unnecessary admissions, services, procedures, and testing; and (ii) for services rendered to patients who were referred to the Edgewater Hospital and Medical Center in exchange for kickbacks. Those fraudulent claims resulted in payments by the insurers, Medicare, Medicaid and certain private insurers which payments totaled at least $1,000,000.

14. In performing one or more of the acts stated in paragraph 13, defendant Peter Rogan acted for his personal gain and contrary to the best interests of the Edgewater Hospital and Medical Center.

15. In performing one or more of the acts stated in paragraph 13 defendant, BRADDOCK MANAGEMENT, L.P. f/k/a Braddock Management L.P. (of Illinois), acted solely for its own interests and not for the interests of the Edgewater Hospital and Medical Center.

16. In performing one or more of the acts stated in paragraph 13 defendant, BAINBRIDGE MANAGEMENT, Inc., f/k/a Braddock Management, Inc., f/k/a Waldo Point Management), acted solely for its own interests and not for the interests of the Edgewater Hospital and Medical Center.

17. The actions stated in paragraph 13 taken by each of the defendants caused injury to the Edgewater Hospital and Medical Center directly and proximately causing the Edgewater Hospital to cease doing business on or about December of 2001.

18. Each of the defendants intentionally, willfully, wantonly and without justification interfered with and caused the termination of Akhter's on-going business relationship and future expectations of a future business relationship with the Edgewater Hospital and Medical Center.

19. As a proximate result of Defendants, PETER ROGAN's, BRADDOCK MANAGEMENT, L.P.'s, and BAINBRIDGE MANAGEMENT, Inc's., actions stated in paragraph 13, Akhter suffered economic damages in lost remuneration and compensation that would have been earned by Akhter had the Edgewater Hospital and Medical Center not been closed due to the wrongful actions of the defendants including both Akhter's compensation and remuneration for medical services he would have rendered at the Edgewater Hospital and for medical services he would have rendered to new and re-visiting patients referred to him at the Edgewater Hospital.

20. Plaintiff demand a trial by jury.

Wherefore plaintiff Akhter prays for damages against each of the defendants, PETER ROGAN, BRADDOCK MANAGEMENT, L.P., and BAINBRIDGE MANAGEMENT, Inc, jointly and severally in an amount exceeding $100,000; and

Wherefore plaintiff Akhter prays for punitive damages against each of the defendants PETER ROGAN, BRADDOCK MANAGEMENT, L.P., and BAINBRIDGE MANAGEMENT, Inc, jointly and severally in such amounts as to deter and punish each of them against taking such wrongful actions in the future and for such other and further relief that the court in its discretion may deem appropriate.

## COUNT II

## ACTION FOR WRONGFUL INTERFERENCE WITH CONTRACT

Plaintiff re-alleges paragraphs 1 through 17 of Count I against Defendants PETER ROGAN, BRADDOCK MANAGEMENT, L.P. f/k/a Braddock Management L.P. (of Illinois), and BAINBRIDGE MANAGEMENT, Inc., f/k/a Braddock Management, Inc., f/k/a Waldo Point

Management as if fully alleged in this Count II.

18. Akhter as a member of the staff of the Edgewater Hospital was under a contract with the Edgewater Hospital to provide medical services for its patients. Akhter provided good and valuable consideration to Edgewater Hospital in return for being contractually allowed to be a member of the Edgewater Hospital's staff. Akhter's contract with the Edgewater Hospital contained both verbal and written terms.

19. Defendants PETER ROGAN, BRADDOCK MANAGEMENT, L.P. f/k/a Braddock Management L.P. (of Illinois), BAINBRIDGE MANAGEMENT, Inc., f/k/a Braddock Management, Inc., f/k/a Waldo Point Management knew of Akhter's contract with the Edgewater Hospital and Medical Center.

20. Akhter performed all of the duties required of him under the contract with the Edgewater Hospital.

21. Each of the defendants intentionally, willfully, wantonly and without justification interfered with and caused the termination of Akhter's contract with the Edgewater Hospital and Medical Center.

22. As a proximate result of Defendants, PETER ROGAN's, BRADDOCK MANAGEMENT, L.P.'s, and BAINBRIDGE MANAGEMENT, Inc's., actions stated in paragraph 13 which caused the termination of Akhter's contract with Edgewater Hospital, Akhter suffered economic damages in lost remuneration and compensation that would have been earned by Akhter had the Edgewater Hospital and Medical Center not been closed due to the wrongful actions of the defendants including both Akhter's compensation and remuneration for medical services he would have rendered at the Edgewater Hospital and for medical services he would

have rendered to new and re-visiting patients referred to him at the Edgewater Hospital.

23. Plaintiff demand a trial by jury.

Wherefore plaintiff Akhter prays for damages against each of the defendants, PETER ROGAN, BRADDOCK MANAGEMENT, L.P., and BAINBRIDGE MANAGEMENT, Inc, jointly and severally in an amount exceeding $100,000; and for such other relief that the Court in its discretion may deem appropriate.

IQBAL AKHTER, M.D.

By Charles Drake Boutwell

28303
Charles Drake Boutwell
3075 Plum Island Drive
Northbrook, Il 60062
847-272-2126

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

03C 7395

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
IQBAL AKHTER, M.D.

**DEFENDANTS**
PETER ROGAN, BRADDOCK MANAGEMENT, L.P. f/k/a Braddock Management L.P. (of Illinois), and BAINBRIDGE MANAGEMENT, Inc., f.k.a Braddock Management, Inc., f.k.a Waldo Point Management,

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

JUDGE HOLDERMAN

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
CHARLES DRAKE BOUTWELL  847 272-2126
ATTORNEY AT LAW
3075 PLUM ISLAND DRIVE
NORTHBROOK, ILLINOIS 60062

ATTORNEYS (IF KNOWN)
JUDGE HOLDERMAN
MAGISTRATE JUDGE DENLOW

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 140 Negotiable Instrument | | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | | ☐ 550 Civil Rights | | | |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

TORT (1) INTERFERENCE WITH BUSINESS RELATIONSHIP; (2) INTERFERENCE WITH CONTRACT

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ 100,000

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES  ☐ NO

## VIII. This case

☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 10/20/03

SIGNATURE OF ATTORNEY OF RECORD
[signature]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**JUDGE HOLDERMAN**

In the Matter of
IQBAL AKHTER, Plaintiff

v.

PETER ROGAN, BRADDOCK MANAGEMENT, L.P. f/k/a Braddock Management L.P. (of Illinois); and BAINBRIDGE MANAGEMENT, Inc., f/k/a Braddock Management, Inc., f/k/a Waldo Point Management

**MAGISTRATE JUDGE DENLOW**

Case Number: 03C 7395

**JUDGE HOLDERMAN**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

IQBAL AKHTER

---

**(A)**
- SIGNATURE: [signed]
- NAME: Charles D. Boutwell
- FIRM:
- STREET ADDRESS: 3075 Plum Island Dr
- CITY/STATE/ZIP: Northbrook, IL 60062
- TELEPHONE NUMBER: 8472722126
- FAX NUMBER: 8472722275
- E-MAIL ADDRESS: Attach
- IDENTIFICATION NUMBER: 0261963 ARDC
- MEMBER OF TRIAL BAR? YES [X] NO [ ]
- TRIAL ATTORNEY? YES [X] NO [ ]

**(B)** [blank]

**(C)** [blank]

**(D)** [blank, YES checked for Member of Trial Bar]